

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2015

No. 04-14-00897-CV

**IN THE ESTATE OF WILLIAM THOMAS BOOTH,**
Appellant

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2786
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

This appeal was abated for mediation on April 14, 2015. On June 10, 2015, the mediator filed a report stating that the mediation was not successful. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed in this court no later than thirty days from the date of this order.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court